IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BECKY L. OUIMETTE AND
DANIEL L. OUIMETTE                                                                      PLAINTIFFS

VS.                                                         CIVIL ACTION NO. 4:05cv104TSL-AGN

SOUTHERN COACHES, INC.
AND GEORGE BRUMMITT                                                              DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiffs' cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 21st day of August, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

/s/ Roy Milton Kinsey,Jr.
ROY MILTON KINSEY, JR.
ATTORNEY FOR PLAINTIFFS

/s/ Victoria H. Rundlett
FORREST W. STRINGFELLOW AND
VICTORIA HARDY RUNDLETT
ATTORNEYS FOR DEFENDANTS
I201-113417/mw